**Deandre RODDY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 57951.

Missouri Court of Appeals, Western District.

Submitted Sept. 8, 2000.

Decided Nov. 7, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2000.

Application for Transfer Denied Jan. 23, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOLLIGER, P.J., BRECKENRIDGE and SMART, JJ.

#### ORDER

PER CURIAM:

Appellant Deandre Roddy appeals the Jackson County Circuit Court's denial of his Rule 29.15 post-conviction relief motion, which he based on the contention that he was denied effective assistance of counsel because his trial counsel denied him the right to testify in his own defense at trial. The judgment is affirmed. Rule 84.16(b).